1044

[No. 28250-3-III.   Division Three.   November 18, 2010.]
*In the Matter of the Marriage of* ROBIN L. ROBINS, *Respondent*, and LEVI H. ROBINS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-3-00055-9, John D. Knodell III, J., entered June 12, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28326-7-III.   Division Three.   November 18, 2010.]
THE STATE OF WASHINGTON, *Respondent*, v. MARTIN DALE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-01256-4, Tari S. Eitzen, J., entered July 30, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 62239-1-I.   Division One.   November 22, 2010.]
LESLIE SHERRI "JANE" RINGE, *Appellant*, v. HENRY J. VASQUEZ ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 07-2-00299-0, Vickie I. Churchill, J., entered July 25, 2008. *Reversed* and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Cox, JJ.

[No. 62823-2-I.   Division One.   November 22, 2010.]
*In the Matter of the Marriage of* MICHELLE DRESS, *Respondent*, and JOHN T. MORAN II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-00829-6, James A. Doerty, J., entered November 19, 2008. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Becker, J.